UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

ALVARO MATIAS GROSSO,

Petitioner,

v.

CHRISTOPHER LAROSE, et al.,

Respondents.

Case No.: 26-cv-396-CAB-MMP

**ORDER:**
**(1) DENYING MOTION TO ENFORCE HABEAS BOND ORDER, [Doc. No. 8];**

**(2) DENYING MOTION TO NOTIFY COURT, [Doc. No. 6]; and**

**(3) CLOSING CASE.**

This Court previously ordered Respondents to provide Petitioner a bond hearing. [Doc. No. 4.]  Petitioner received a bond hearing on February 12, 2026; the Immigration Judge denied bond finding Petitioner was a danger to the community and a flight risk. [Doc. No. 7.]  Petitioner has now filed two motions "to notify the Court that the Immigration Judge failed to comply with this Court's bond order" and to ask the Court to enforce the order for a bond hearing, order a new bond hearing, or order Petitioner's release.  [Doc. Nos. 6, 8.]

1

Petitioner received a bond hearing, as the Court ordered.  Petitioner's objections to the Immigration Judges findings and decision are premature.  As the Ninth Circuit has explained, "[Petitioner] pursued habeas review of the IJ's adverse bond determination before appealing to the BIA. This short cut was improper.  [Petitioner] should have exhausted administrative remedies by appealing to the BIA before asking the federal district court to review the IJ's decision." *Leonardo v. Crawford*, 646 F.3d 1157, 1160 (9th Cir. 2011).

The Court therefore **DENIES** the pending motions.  [Doc. Nos. 6, 8.]  The Clerk of the Court shall close the case.

It is **SO ORDERED.**

Dated:  March 5, 2026

_____

Hon. Cathy Ann Bencivengo
United States District Judge

26-cv-396-CAB-MMP